**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Sara_Peloquin@fd.org

Attorneys for Defendant
Mr. Shofler

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT ALEX SHOFLER,<br><br>Defendant. | CASE NO.:   16CR7053-BEN<br>                       16CR7054-BEN<br>                       16CR7055-BEN<br><br>Hon. Roger T. Benitez<br><br>UNOPPOSED MOTION TO CONTINUE STATUS HEARING |

Scott Alex Shofler, the defendant in this case, moves this Court to continue his status hearing currently set for November 7, 2022, until Monday, January 9, 2023, at 2:00 p.m.

Defense Counsel has contacted the Assistant U.S. Attorney assigned to this case, Shauna Prewitt, and she does not oppose this request.

Respectfully submitted,

Dated:   November 7, 2022        *s/ Sara M. Peloquin*
                                 **SARA M. PELOQUIN**
                                 Federal Defenders of San Diego, Inc.