ANDREW R. HADEN
Acting United States Attorney
SHAUNA R. PREWITT
Assistant U.S. Attorney
Illinois Bar No. 6300593
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7937
Email: shauna.prewitt@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 16-CR-07053-BEN |
|---|---|
| Plaintiff, | ) |
| v. | ) JOINT MOTION TO CONTINUE SENTENCE ON REVOCATION HEARING |
| SCOTT ALEX SHOFLER, | ) The Honorable Roger T. Benitez |
| Defendant. | ) |

The parties jointly request that the sentence on revocation hearing, currently scheduled for September 13, 2023, at 10 a.m., be continued to October 3, 2023, at 10 a.m.

At the last hearing, on or about July 24, 2023, the Court ordered that the parties' respective mental health experts be available for testimony at the sentence on revocation hearing. Defense's expert is unavailable to present testimony on September 13, 2023. As such, the parties jointly request a continuance of the presently-set hearing.

The parties agree that additional time is necessary to avoid a miscarriage of justice, and for effective preparation, taking into account the parties' exercise of due diligence and defense counsel's inability to meaningfully advocate for her client without the testimony of defense's expert witness.

|     |                              |                                                      |
| --- | ---------------------------- | ---------------------------------------------------- |
| 1   |                              | Respectfully submitted,                              |
| 2   |                              |                                                      |
| 3   | Dated: September 12, 2023    | *s/ Shauna R. Prewitt*                               |
| 4   |                              | SHAUNA R. PREWITT<br>Attorney for the United States  |
| 5   |                              |                                                      |
| 6   | Dated: September 12, 2023    | *s/ Sara Peloquin*                                   |
| 7   |                              | SARA PELOQUIN<br>Attorney for Mr. Shofler            |