# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 167053-LAB |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Scott Alex Shofler | Booking No. 52371004 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 11/7/2023 the Court entered the following order:

    ☐ Defendant be release from custody.

    ☐ Defendant placed on supervised / unsupervised probation / supervised release.

    ☐ Defendant continued on supervised / unsupervised probation / supervised release.

    ☐ Defendant released on _____ Bond posted.

    ☐ Defendant appeared in Court. FINGERPRINT & RELEASE.

    ☐ Defendant remanded and ( ____ bond ) ( ____ bond on appeal ) exonerated.

    ☐ Defendant sentenced to TIME SERVED, supervised release for ____ years.

    ☐ Bench Warrant Recalled.

    ☐ Defendant forfeited collateral.

    ☐ Case dismissed.

    ☐ Case dismissed, charges pending in case no.

    ☐ Defendant to be release to Pretrial Services for electronic monitoring.

    ☒ Other. Time Served, charges pending in case no. 16CR7054-LAB

Larry Alan Burns
UNITED STATES DISTRICT JUDGE
OR
JOHN MORRILL, Clerk of Court
by Tisha Weisbeck ext. 6038

Crim-9 (Rev. 09/23)
Original

| | |
|---|---|
| **From:** | CAS Releases <> |
| **To:** | T Weisbeck |
| **Sent:** | Wednesday, November 08, 2023 4:01 PM |
| **Subject:** | Read: 16cr7053-LAB Abstract |

Your message

  To: CAS Releases
  Subject: 16cr7053-LAB Abstract
  Sent: Wednesday, November 8, 2023 3:57:03 PM (UTC-08:00) Pacific Time (US & Canada)

 was read on Wednesday, November 8, 2023 4:01:15 PM (UTC-08:00) Pacific Time (US & Canada).